UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

Kate Barkman
Clerk of Court

Clerk's Office
215-597-7704

4/9/2019

Timothy McGrath
Clerk
U.S. Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, PA 19107-4299

        RE:    Rasheed J. Gillard
               CA No. 19-527
               Bky. No. 17-14399
               Adv. No.

Dear Mr. McGrath:

     Enclosed herewith is the original Bankruptcy Record, together with a copy of the Order which was filed in this office on 3/7/19.

     Kindly acknowledge receipt on the copy of letter provided.

Sincerely,

Kate Barkman
Clerk of Court

By: _____
Joe Lavin, Deputy Clerk

Received above record this 12 day of April, 2019 _____
(Signature)

bankrec.frm